UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2569 (PAM/JGL)

MICHAEL BARTA, et al.,

Plaintiffs,

v.

AG PROCESSING INC.,

Defendant.

**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JONATHAN LEBEDOFF**

In accordance with the provisions of 28 U.S.C. §636(c) and Fed.R.Civ.P. 73, the parties in this case hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any and all appeals of rulings of the Magistrate Judge shall be made directly to the Court of Appeals.

[signature] 8/22/01
Plaintiff Date

Clarissa W Cook 6-18-01
Defendant Date

**ORDER OF REFERENCE**

IT IS HEREBY ORDERED that this case be referred to the Honorable Jonathan Lebedoff, United States Magistrate Judge, for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Fed.R.Civ.P. 73, and the foregoing consent of the parties.

Dated: August 23, 2001

[signature]
PAUL A. MAGNUSON
United States District Judge

FILED AUG 23 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

PURSUANT TO ORDER OF REFERENCE FILED ON August 23, 2001
in
Michael Barta, et al vs. AG Processing Inc.

This case is now assigned to Magistrate Judge Jonathan G. Lebedoff.

CASE NUMBER 00-2569 JGL

Use this case number for all further filings.

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500