UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MICHAEL AND LOUIS BARTA,

Plaintiff,

v.

AG PROCESSING INC.,

Defendant.

Case No. 00-2569 JGL

**AMENDED** NOTICE OF SETTLEMENT CONFERENCE

---

You are hereby given notice that the settlement conference in the above referenced case previously scheduled for December 11, 2001, at 9:00 a.m., has been rescheduled. The settlement conference will be held on **January 23, 2002, at 1:30 p.m.**, before the undersigned Magistrate Judge.

Dated: 11/28/01

Arthur J. Boylan
U. S. Magistrate Judge

Filed NOV 28 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________