UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 00-2569 (JGL)

MICHAEL BARTA, et al.,

Plaintiff,

v.

ORDER

AG PROCESSING INC., A COOPERATIVE,

Defendant.

The above-referenced case was referred to the undersigned United States Magistrate Judge for all further proceedings and the entry of judgment in accordance with 28 U.S.C. §636(c), Federal Rule of Civil Procedure 73, and the consent of the parties such Order of Reference being executed by the Honorable Paul A. Magnuson on August 23, 2001.

This Court having been advised that all parties and counsel have arrived at a mutually satisfactory settlement of this case, it is hereby ORDERED that:

1. The case is DISMISSED; and

2. The parties may file their settlement papers.

Dated: January 24, 2002.

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed 1-24-02
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________