UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Michael Barta and
Lois Barta, Husband and Wife,

Plaintiffs,

vs.

AG Processing Inc., a Cooperative, and
Iowa Corporation,

Defendant.

Case No.: 00-CV-2569 (JGL)

**ORDER OF DISMISSAL**

Pursuant to the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED as follows:

1. This action is hereby dismissed with prejudice and without costs to any party.
2. The Clerk shall enter judgment accordingly.

Dated: Apr. [illegible] 2002

Jonathan G. Lebedoff
United States District Judge

FILED 4-29-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 4-29-02
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael Barta and
Lois Barta, Husband and Wife,

Plaintiffs,

Case No.: 00-CV-2569 PAM/JGL

vs.

AG Processing Inc., a Cooperative, and
Iowa Corporation,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

---

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Michael and Lois Barta and defendant Ag Processing, Incorporated, through their respective counsel of record, that on March 11, 2002, the parties entered into a Complete and Permanent Release and Settlement Agreement ("Settlement Agreement") settling all claims and disputes herein. Pursuant to that Settlement Agreement, the parties hereby stipulate and agree as follows:

1. That any and all remaining claims and disputes in this proceeding may be dismissed with prejudice and without costs to any party.

2. That the Court may enter the Order attached hereto without further notice to any party.

Dated: April 25, 2002

LAW OFFICES OF KEVIN O'C GREEN
P.A.

By: ______________________
Kevin O'C. Green (#37321)
125 East Pleasant Street
P.O. Box 996
Mankato, MN 56002-0996

**Counsel for Plaintiffs**

Dated: April 25, 2002

DORSEY & WHITNEY LLP

By: Clarissa W. Cook

Peter W. Carter (#227985)
Clarissa W. Cook (#0278749)
Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2807

**Counsel for Defendant**